

**U. S. SMALL BUSINESS ADMINISTRATION**
RECEIVER FOR HANAM CAPITAL CORPORATION
409 THIRD STREET, S.W., 6TH FLOOR
WASHINGTON, D.C. 20416

*FILED 2012 DEC -6 P 12: 23 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

WRITER'S DIRECT TELEPHONE: (202) 205-7514      FAX NUMBER: (202) 205-6957



December 05, 2012

Mr. Richard W. Wieking, Clerk of the Court          VIA UPS NEXT DAY DELIVERY
U.S. District Court for Northern California
450 Golden Gate Avenue, 16th FLong, Rm. 111
San Francisco, CA 94102

*CV 2 80 284 MISC*

*CRB*

Notice to the Court per 28 U.S.C. § 754
United States of America v. HANAM CAPITAL CORPORATION
U.S. District Court for New Jersey - Civil Action No.: 12-6994 (KM)

Dear Mr. Wieking:

This is to advise you that, in accordance with 15 U.S.C. § 687c, the U.S. District Court for New Jersey, has taken exclusive jurisdiction of HANAM CAPITAL CORPORATION ("HANAM") and the assets thereof, and has appointed the U.S. Small Business Administration ("SBA"), an agency of the federal government, as the Receiver.

A portion of the property of HANAM may be located in your jurisdiction. We therefore are enclosing for filing, copies of the Complaint and Order establishing the Receivership, as required by 28 U.S.C. § 754. Please ensure that it is filed in your jurisdiction.

The United States District Court, in an order appointing SBA Receiver for HANAM, stayed all legal proceedings involving HANAM, and prohibited the filing of any actions against the Receiver unless permission of the Court is first obtained.

The Receiver is in the process of ascertaining what and where legal proceedings pertaining to HANAM are pending. Should the Receiver learn of relevant legal proceedings within the jurisdiction of your Court, the Receiver will promptly notify you there of.

We also have enclosed extra copies of the Order and Complaint, which we request that you stamp file and return in the enclosed self-addressed stamped envelope.

Sincerely,

By: *Michele Long Pittman*
Michele Long Pittman
Chief, Corporate Liquidation and Receivership Operations
Office of SBIC Liquidation

